

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BELINDA RATHERT                               )
Plaintiff(s)                                  )
                                              )     Civil Action No.   3:12CV422
V.                                            )
GOODWILL INDUSTRIES OF MICHIANA INC            )
Defendant(s)                                  )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   The case is DISMISSED WITH PREJUDICE.  Each party to bear its own costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James T. Moody                  on a motion for _____ .

Date    December 05, 2013                    *CLERK OF COURT*

                                             s/KSchwenk
                                             _____
                                             *Signature of Clerk or Deputy Clerk*